JOHN HALE *versus* STEWART S. JOHNSTONE, CATHERINE McD. JOHNSTONE, AND ANTOINE DEQUINDRE. 

JOURNAL ENTRIES (1834–36): *Journal 5:* (1) Rule to plead, answer, or demur *p. 51; (2) motion for decree pro confesso *p. 62; (3) demurrer withdrawn, rule to plead or answer *p. 87; (4) motion to take bill as confessed *p. 99; (5) bill taken as confessed *p. 106; (6) referred to master to take testimony *p. 125; (7) continued under rule of reference *p. 137; (8) solicitor's name stricken from record *p. 143.

PAPERS IN FILE: (1) Stipulation for time to answer, etc.

*Chancery Case 173 of 1834.*